**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 16-CV-80236-KAM**

JENNA BRENNALT, REBECCA THACKER,
BRENDON BICKMORE and HANNAH DUNLAP
Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TROPICAL EXCHANGE CORP., a Florida
Corporation, d/b/a TROPICAL EXCHANGE RECYCLING;
and BRIAN KATZ, individually,

Defendants.
_____________________________________________/

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Plaintiffs Jenna Brennalt and Rebecca Thacker and Defendants Tropical Exchange Corp. and Brian Katz, by and through their undersigned counsel, respectfully move this Court for approval of their settlement in this matter and request immediate dismissal of all claims with Prejudice.

1. In a Complaint filed on February 18, 2016, Plaintiffs allege unpaid overtime in violation of the Fair Labor Standards Act ("FLSA"); and wrongful termination in retaliation for engaging in protected activity under the FLSA.

2. On June 14, 2016 the Parties attended mediation before mediator Robyn Hankins and reached an agreement for settlement of all claims.

3. While Defendants deny Plaintiffs' allegations of unpaid overtime and retaliation, for purposes of avoiding costly litigation and in order to reach an amicable resolution of the claims

and disputes, the Parties entered into a Confidential Settlement Agreement at the mediation. The Parties and the mediator believe and agree that the settlement represents a fair, reasonable, and adequate settlement of Plaintiffs' claims against Defendants.

4. Pursuant to *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982), claims for unpaid wages arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

5. The Parties represent that, under the terms of the Confidential Settlement Agreement, Plaintiffs are receiving an amount that compensates them for *all* of the unpaid overtime claimed in this case as well as additional consideration for a general release and additional payment of an agreed upon amount for attorneys' fees and costs.

6. The other Plaintiffs, Brendon Bickmore and Hannah Dunlap, previously settled their claims with Defendants and filed a Stipulation for Dismissal with Prejudice on May 26, 2016.

7. The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a), to the dismissal with prejudice of this action upon approval of the settlement by the Court as requested above.

WHEREFORE, the Parties respectfully request that this Court: (1) approve the Parties' Settlement, resolving this suit based on the terms set forth in the Parties' Confidential Settlement Agreement; and (2) dismiss this case with prejudice.

Dated: June 20, 2016
Orlando, Florida

Respectfully submitted,

*/s/ Christopher C. Copeland*
Christopher C. Copeland, Esq.
Florida Bar No. 938076
E-mail: Chris@CopelandPA.com
Christopher C. Copeland, P.A
824 W. Indiantown Road
Jupiter, FL 33458
Telephone: (561) 691-9048
Facsimile: (866) 259-0719

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Tasos C. Paindiris*
Tasos C. Paindiris Esq.
Florida Bar No. 41806
E-mail: Tasos.Paindiris@jacksonlewis.com
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, FL 32801
Telephone: (407) 246-8440
Facsimile: (407)246-8441

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify on June 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Tasos C. Paindiris*
Tasos C. Paindiris, Esq.