UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80236-CIV-MARRA/MATTHEWMAN

JENNA BRENNALT, REBECCA THACKER, BRENDON BICKMORE and HANNA DUNLAP individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TROPICAL EXCHANGE CORP., a Florida corporation d/b/a TROPICAL EXCHANGE RECYCLING and BRIAN KATZ, individually,

Defendants.
_______________________________________/

**ORDER**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE 20) and Joint Motion for Court Approval of Settlement and Dismissal with Prejudice (DE 21).

On June 23, 2016, the Court held a hearing to scrutinize the settlement agreement entered into by the parties for fairness pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id. at 1355.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

2) All pending motions are denied as moot and the Clerk shall close this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of June, 2016.

KENNETH A. MARRA
United States District Judge